UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JEAN ALIX, et al.,                                                               :     Case No. 2:11-CV-01456-JFB-AKT

            Plaintiffs,                                    :     **UNOPPOSED MOTION TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND**

    - against -

XANODYNE PHARMACEUTICALS, INC., et al.,

           Defendants.
-----------------------------------------------------------------x

**NOW COMES** Defendants Endo Pharmaceuticals, Inc. ("Endo"), Qualitest Pharmaceuticals, Inc. ("Qualitest") and Vintage Pharmaceuticals, Inc. ("Vintage") by and through their undersigned counsel, and respectfully move this Court for an extension of time to move, answer, or otherwise respond to the complaint filed by Plaintiffs Jean Alix and Philip Alix ("Plaintiffs") for the reasons stated below.

A Motion to Transfer Pursuant to 28 U.S.C. §1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion to Transfer") has been filed before the Judicial Panel on Multidistrict Litigation in MDL Case No. 2226 (*Kristine Esposito v. Xanodyne Pharmaceuticals, Inc.*, Civil Action No. 1:10-cv-05737 (E.D.N.Y.)). The Motion to Transfer was heard by the Judicial Panel on Multi-District Litigation on March 30, 2011. If the Motion to Transfer is granted, this case will be transferred to an MDL.

Endo, Qualitest and Vintage request that if the Motion to Transfer is granted, then the time for Endo, Qualitest and Vintage to answer, move or otherwise respond to the complaint in this action be extended to and including twenty (20) days from the docketing of the case in the transferee court, or as otherwise ordered by the transferee court. Alternatively, Endo, Qualitest

and Vintage request that if the Motion to Transfer is denied, then the time for Endo, Qualitest and Vintage to answer, move, or otherwise respond to the complaint in this action be extended to and including twenty (20) days from the date of the order denying the Motion to Transfer.

The original deadline for Endo, Qualitest and Vintage to answer, move, or otherwise respond to the complaint in this action is April 19, 2011. This is the first request for an extension. Counsel for Endo, Qualitest and Vintage has conferred with plaintiffs' counsel, and plaintiffs' counsel does not oppose Endo's, Qualitest's and Vintage's request herein.

Dated: New York, New York
April 19, 2011

By: *s/ Mark S. Cheffo*
Mark S. Cheffo
Rachel B. Passaretti-Wu
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square,
New York, NY 10036
Phone (212) 735-3000
Fax (212) 735-2000
Mark.Cheffo@skadden.com
Rachel.Passaretti@skadden.com

*Attorneys for Endo Pharmaceuticals, Inc., Qualitest Pharmaceuticals, Inc. and Vintage Pharmaceuticals, Inc.*

-*Of Counsel*-

Carolyn Taylor (pro hac vice application forthcoming)
Tammara N. Tukloff (pro hac vice application forthcoming)
Morris Polich & Purdy LLP
501 West Broadway, Suite 500
San Diego, California 92101
Phone (619) 557-0404
Fax (619) 557-0460
CTaylor@mpplaw.com
TTukloff@mpplaw.com

*Attorneys for Qualitest Pharmaceuticals, Inc. and Vintage Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFED that a true and correct copy of the foregoing was served this 19th day of April, 2011, via the Court's electronic filing system, upon:

Matthew J. McCauley
Six Harbor Park Drive
Port Washington, NY 11050
*Counsel for Plaintiffs*

Samuel J. Abate, Jr.
Pepper Hamilton LLP
620 Eighth Avenue
37th Floor
New York, NY 10018-1405
*Counsel for Eli Lilly and Company*

Arthur J. Liederman
Morrison, Mahoney LLP
17 State St., Suite 110
New York, NY 10004
*Counsel for Xanodyne Pharmaceuticals, Inc.*

                                                                            *s/ Mark S. Cheffo*